Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff C.V.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.V.<br><br>      Plaintiff,<br><br>  v.<br><br>LAUREN CARMINUCCI a/k/a LAUREN GENSINGER,<br><br>      Defendant. | **MOTION FOR LEAVE TO APPEAR ANONYMOUSLY**<br><br>Case Action No. |

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, Daniel Szalkiewicz & Associates, P.C., upon the accompanying Memorandum of Law, the Certification of C.V. dated March 8, 2024, and the exhibits annexed thereto, Plaintiff C.V. will move the Court, on April 15, 2024, for an Order granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as C.V. in all filings.

Dated:  New York, New York
        March 8, 2024

                                      Daniel Szalkiewicz & Associates, P.C.
                                      By:    */s/ Daniel S. Szalkiewicz*
                                      Daniel S. Szalkiewicz, Esq.
                                      *Attorneys for Plaintiff S. S.*
                                      23 West 73rd Street, Suite 102
                                      New York, NY 10023
                                      Tel: (212) 706-1007
                                      Fax: (914) 500-2315
                                      daniel@lawdss.com