Daniel S.  Szalkiewicz, Esq.  (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff C.V.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.V.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAUREN CARMINUCCI a/k/a LAUREN GENSINGER,<br><br>　　　　　Defendant. | **PROPOSED ORDER** |

This matter having come before the Court on the motion of Plaintiff C.V., by her counsel,

Daniel Szalkiewicz & Associates, P.C., for Leave to Proceed under Pseudonym; and the Court

having considered the submissions of the parties and the arguments of counsel, and for good

cause shown,

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that Plaintiff C.V.'s Motion for Leave to Proceed under Pseudonym is

**GRANTED**; and it is further

**ORDERED** that any reference to Plaintiff within the docket will be made accordingly to

C.V.; and it is further

**ORDERED** that any documents containing references to Plaintiff's actual name are to be

redacted accordingly, with unredacted versions filed under seal if necessary pursuant to Local

Civil Rue 5.3.

_____