Civil Action No.     2:24-CV-02096-JXN-ESK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **LAUREN GENSINGER**
was recieved by me on  **3/12/2024:**

[X]   I personally served the summons on the individual at **300 Coles St, Apt 1909, Jersey City, NJ 07310** on **03/14/2024 at 7:34 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   03/15/2024

*Server's signature*

**Abdulai Oladipupo**
*Printed name and title*

**367 windsor HWY
NEW WINDSOR, NY 12553**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to LAUREN GENSINGER with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**



Tracking #: **0127307030**

