## **ORDER**

Defendant, Lauren Carminucci's adjournment request of the pending Motion for Protective Order is hereby GRANTED. The return date for the Motion for Protective Order will be adjourned until April 15, 2024. Defendant, Lauren Carminucci's Opposition is due on April 1, 2024 and the Plaintiff's Reply is due on April 8, 2024.

_____

U.S.D.J.