

Roy R. Macaluso † ♦
A.J. Fusco, Jr. ♦ (1946-2022)

David T. Ercolano*
Amie E. DiCola ♦
Steven D. Byoun ♦
Brian B. Horan ♦
Yafresie Feliz °
Alexandra E. Macaluso ♦

♦ Member of NJ and NY Bar
† Member of NJ and DC Bar
* Member of NJ and PA Bar
° Member of NJ Bar

**FUSCO & MACALUSO**
ATTORNEYS AT LAW

P.O. Box 838 □ 150 Passaic Avenue
Passaic, New Jersey 07055

Office: (973) 779-1163
Fax: (973) 779-5437

E-Mail: Info@fmnj-law.com
Website: www.fuscoandmacaluso.com

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 559-1222
*Please direct all replies to Passaic Office*

New York Office
One World Trade Center
85th Floor
New York, NY 10007
(212)-220-8592
*Please direct all replies to Passaic Office*

***Please direct all replies to
Passaic Office***

March 26, 2024

**VIA CM/ECF**
Honorable Edward S. Kiel, U.S.D.J.
Mitchell H. Cohen Bldg.
U.S. Courthouse-4th & Cooper Streets.
Camden, New Jersey 08101

      **Re:**    **C.V. v. Carminucci**
             **Civil Docket No.: 2:24-cv-02096-JXN-ESX**

Dear Judge Kiel,

     This office represents the Defendant, Lauren Carminucci, in connection with the above-referenced matter. Currently the Plaintiff has filed a Motion for Protective Order, which is currently returnable on April 1, 2024.

     This office was just recently retained within the last week. As such, I respectfully request that the Court adjourn the pending motion to April 15, 2024, to allow our office to respond accordingly. My opposition on behalf of the Defendant, Lauren Carminucci, will be due on April 1, 2024, and Plaintiff's Reply, if any, would be due on April 8, 2024.

     I thank Your Honor in advance for your attention to this matter.

                                    Respectfully submitted,
                                    FUSCO & MACALUSO, P.C.
                                    ***/s/ David T. Ercolano, Esquire***
                                    DAVID T. ERCOLANO

DTE/als
cc: All Counsel of Record

                                          **So Ordered.**

                                         **/s/ Edward S. Kiel**
                                       **Edward S. Kiel, U.S.D.J.**
                                       **Date: March 27, 2024**