UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.V.<br><br>                      Plaintiff,<br>v.<br><br>LAUREN CARMINUCCI,<br><br>                      Defendant. | Civil Action No.: 2:24-cv-02096-JXN-ESX<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that David T. Ercolano, Esquire of Fusco & Macaluso, P.C., hereby enters his appearance in this matter on behalf of <u>Defendant, LAUREN CARMINUCCI.</u>

**DAVID T. ERCOLANO, ESQUIRE**
**Attorney ID#: 016922010**
**Fusco & Macaluso, P.C.**
**150 Passaic Avenue**
**Passaic, New Jersey 07055**
**Telephone: (973) 779-1163**
*dercolano@fmnj-law.com*

FUSCO & MACALUSO, P.C.
*Attorneys for Defendant*

         */s/ David T. Ercolano, Esquire*
By:_____
         David T. Ercolano, Esquire

Dated: <u>March 27, 2024</u>