# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

April 11, 2024

**Via CEF**

United States Magistrate Judge Jose R. Almonte  
Frank R. Lautenberg U.S. Post Office & Courthouse Building  
2 Federal Square  
Newark, NJ 07102

 Re: *C.V. v. Lauren Carminucci*  
   *United States District Court, District of New Jersey*  
   *Case No.: 2:24-cv-2096*

Dear Magistrate Almonte,

 We submit this joint letter pursuant to the court's April 2, 2024 order.

(1) A brief factual summary of the case, including the claims and defenses;  
Plaintiff and Defendant were friends for several years. After the relationship ended, Plaintiff alleges that Defendant shared with third parties, without her permission or consent, a private photo showing Plaintiff's exposed breasts and nipples in violation of 15 USC § 6851.

Defendant denies sharing these images with any third parties.

(2) Status of discovery, including any status conferences that are presently scheduled;  
This matter was filed on March 8, 2024 and the defendant has not filed her answer. Discovery has not begun.

(3) Identifying any pending motions;  
Plaintiff has a pending motion to use her initials pursuant to 15 USC § 6851, returnable on April 15, 2024. Plaintiff intends to request permission to file a motion for summary judgment as there is no issues of fact that could be deemed disputed.

(4) Informing the Court whether the parties seek a settlement conference.  
The parties attempted to resolve the matter pre-litigation but were unable to settle the matter.

        Respectfully submitted,

        *Daniel S. Szalkiewicz, Esq.*

        By: Daniel S. Szalkiewicz, Esq.  
        **daniel@lawdss.com**