UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| C.V. | : | Civil Action No. 2:24-cv-02096 |
| Plaintiff(s) | : | Hon. Judge Julien Xavier Neals |
| v. | : | **JOINT PROPOSED DISCOVERY PLAN** |
| LAUREN CARMINUCCI | : |  |
| Defendant(s) | : |  |

1. Set forth the name of each attorney appearing, the firm name, address and telephone number and facsimile number of each, designating the party represented.

   For Plaintiff: Daniel Szalkiewicz & Associates, P.C. 23 W. 73rd Street, Suite 102 New York, NY 10023 212 706 1007/(f) 646 849 0033 For Defendant: David T. Ercolano of Fusco & Macaluso Partners, LLC 150 Passaic Avenue, PO Box 838 Passaic, NJ 07055 973 779 1163

2. Set forth a brief description of the case, including the causes of action and defenses asserted. Defendant is accused of sharing Plaintiff's intimate image with third parties in violation of federal, NYS, and New Jersey laws against nonconsensual pornography, invading Plaintiff's privacy and causing her severe emotional distress. Defendant denies all allegations and her answer includes various standard defenses.

3. Have settlement discussions taken place?  Yes  X  No _____

   (a) What was plaintiff's last demand?

   (1) Monetary demand: $ 500,000

   (2) Non-monetary demand: _____

   (b) What was defendant's last offer?

   (1) Monetary offer: $ 1,000
   (2) Non-monetary offer: _____

4. The parties [have  x  have not _____ ] met pursuant to Fed. R. Civ. P. 26(f).

1

5. The parties [have _____ have not __X__ ] exchanged the information required by Fed. R. Civ. P. 26(a)(1). If not, state the reason therefor. __Plaintiff has provided hers.__

6. Explain any problems in connection with completing the disclosures required by Fed R. Civ. P. 26(a)(1). _____

7. The parties [have __X__ have not _____ ] filed disclosures of third-party litigation funding. See Local Civil Rule 7.1.1.

8. The parties [have _____ have not __X__ ] conducted discovery other than the above disclosures. If so, describe. _____

9. Proposed joint discovery plan:

    (a) Discovery is needed on the following subjects: __Extent which Defendant disseminated Plaintiff's image__

    (b) Discovery [should _____ should not __X__ ] be conducted in phases or be limited to particular issues. Explain: _____

    (c) Proposed schedule:
    
    (1) Fed. R. Civ. P. 26 Disclosures __July 3, 2024__.
    
    (2) E-Discovery conference pursuant to L. Civ. R. 26.1(d) __July 16, 2024__.
    
    (3) Service of initial written discovery __July 31, 2024__
    
    (4) Maximum of __25__ Interrogatories by each party to each other party.
    
    (5) Maximum of __3__ depositions to be taken by each party.
    
    (6) Motions to amend or to add parties to be filed by __September 30, 2024__
    
    (7) Factual discovery to be completed by __October 25, 2024__.
    
    (8) Plaintiff's expert report due on __November 21, 2024__.
    
    (9) Defendant's expert report due on __December 15, 2024__
    
    (10) Expert depositions to be completed by __December 31, 2024__
    
    (11) Dispositive motions to be served within __60__ days of completion of discovery.

    (d) Set forth any special discovery mechanism or procedure requested.
    _____

2

    (e)    A pretrial conference may take place on _____.

    (f)    Trial date: _____ (_____ Jury Trial; _____ Non-Jury Trial).

10. Do you anticipate any special discovery needs (i.e. videotape/telephone depositions, problems with out-of-state witnesses or documents, etc)? Yes \_\_\_\_ No __x__. If so, please explain _____.

11. Do you anticipate any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced? Yes __x__ No _____.

    If so, how will electronic discovery or data be disclosed or produced? Describe any agreements reached by the parties regarding same, including costs of discovery, production, related software, licensing agreements, etc.
    Plaintiff anticipates need for ESI with each party paying the cost of ESI for their devices.

12. Do you anticipate entry of a Discovery Confidentiality Order? See L.Civ.R. 5.3(b) and Appendix S __Yes__.

13. Do you anticipate any discovery problem(s) not listed above? Describe. Yes _____ No __x__.

14. State whether this case is appropriate for voluntary arbitration (pursuant to Local Civil Rule 201.1 or otherwise) or mediation (pursuant to Local Civil Rule 301.1 or otherwise). If not, explain why and state whether any such procedure may be appropriate at a later time (i.e., after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.) __Plaintiff would be amenable to mediation of dispute__.

15. Is this case appropriate for bifurcation? Yes __x__ No _____

16. An interim status/settlement conference (with clients in attendance) should be held in __September 2024__.

17. We [do __x__ do not _____] consent to the trial being conducted by a Magistrate Judge.

18. Identify any other issues to address at the Rule 16 Scheduling Conference.

_____  6/18/2024

Attorney(s) for Plaintiff(s) / Date

_____

Attorney(s) for Defendant(s) / Date