# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

July 15, 2024

**<u>Via CEF</u>**

United States Magistrate Judge Jose R. Almonte  
Frank R. Lautenberg U.S. Post Office & Courthouse Building  
2 Federal Square  
Newark, NJ 07102

> Re:  *C.V. v. Lauren Carminucci*
> *United States District Court, District of New Jersey*
> *Case No.: 2:24-cv-2096*

Dear Magistrate Almonte,

    Enclosed please find a proposed confidentiality order. The order is identical to the one contained in Appendix S.

    On July 1, 2024, I emailed a copy of the proposed order to defendant's counsel for review. On July 9 and July 10, I sent two follow up emails. To date, I have not received any changes from the defendant.

    It is respectfully requested that the proposed confidentiality order be issued by the court.

Respectfully submitted,

*Daniel S. Szalkiewicz, Esq.*

By: Daniel S. Szalkiewicz, Esq.  
**daniel@lawdss.com**