**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| C.V.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Carminucci,<br><br>　　　　　Defendants. | Civil Action No. 2:24-cv-02096-JXN-SDA<br><br>Hon. Stacey D. Adams<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a status conference before the undersigned on **October 2, 2024** and for good cause shown,

**IT IS, on this 2nd day of October, 2024, hereby ORDERED** as follows:

1. The deadline for fact discovery is extended until **December 31, 2024**.

2. Expert discovery is not anticipated provided the common law claims are withdrawn. If the common law claims are not withdrawn, counsel shall provide the Court with a proposed schedule for expert discovery.

3. Assuming no expert discovery is needed, dispositive motions shall be filed within 45 days of close of fact discovery.

4. The parties shall appear for a settlement conference before Magistrate Judge Stacey Adams on **January 30, 2025 at 10:30 a.m.** IN PERSON at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, NJ 07102. Trial counsel as well as parties/persons with full settlement authority must attend the settlement conference. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five (5) business days before the conference. Voluminous exhibits to settlement letters (exceeding

20 pages) will not be reviewed by the Court unless submitted in hard copy that is received

by Chambers no later than five business days in advance of the settlement conference.

                           */s/ Stacey D. Adams*

                       Hon. Stacey D. Adams, U.S.M.J.