UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.V., <br><br> Plaintiff, <br><br> v. <br><br> LAUREN CARMINUCCI, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil Action No. 2:24-cv-02096- <br> JXN-JRA <br> : |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SECOND COUNT, THIRD COUNT and FIFTH COUNT OF PLAINTIFF'S COMPLAINT ONLY

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the above action be and hereby is voluntarily dismissed with prejudice as to *SECOND COUNT, THIRD COUNT and FIFTH COUNT of Plaintiff's Complaint ONLY*.

FUSCO & MACALUSO, P.C.

_____
DAVID T. ERCOLANO, ESQUIRE
*Attorneys for Defendant*

DATED: October 16, 2024

DANIEL J. SZALKIEWICZ & ASSOC.

_____
DANIEL J. SZALKIEWICZ, ESQ.
*Attorneys for Plaintiff*

DATED: November 11, 2024