UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.V.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAUREN CARMINUCCI a/k/a LAUREN GENSINGER<br><br>　　　　Defendant | Case No. 24-cv-2096 |

## NOTICE OF MOTION FOR AN ORDER ADMITTING CALI P. MADIA *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the accompanying Application and Declaration of Daniel S. Szalkiewicz, and the Declaration of Cali P Madia, the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) admitting Cali P. Madia to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff C.V.

Dated: December 18, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Daniel Szalkiewicz
　　　　　　　　　　　　　　　　　　By:　Daniel S. Szalkiewicz, Esq. (DS2323)
　　　　　　　　　　　　　　　　　　　　　　Daniel Szalkiewicz & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　23 West 73rd Street, Suite 102
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10023
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 706-1007
　　　　　　　　　　　　　　　　　　　　　　daniel@lawdss.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff C.V*

1