UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.V., <br><br> Plaintiff(s), <br><br> v. <br><br> LAUREN CARMINUCCI a/k/a LAUREN GENSINGER <br><br> Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** <br><br> Civil Action No.   24-cv-2096 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Daniel Szalkiewicz
Signature of Local Counsel

**PRO HAC VICE ATTORNEY INFORMATION:**

Name: Cali Madia

Address: Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, NY 10023

E-mail: cali@lawdss.com

(One email address only)

DNJ-CMECF-002