Roy R. Macaluso † ♦
A.J. Fusco, Jr. ♦ (1946-2022)

David T. Ercolano*
Amie E. DiCola ♦
Steven D. Byoun ♦
Brian B. Horan ♦
Yafresie Feliz °
Alexandra E. Macaluso ♦

♦ Member of NJ and NY Bar
† Member of NJ and DC Bar
* Member of NJ and PA Bar
° Member of NJ Bar



**FUSCO & MACALUSO**
—— ATTORNEYS AT LAW ——

P.O. Box 838 □ 150 Passaic Avenue
Passaic, New Jersey 07055

Office: (973) 779-1163
Fax: (973) 779-5437

E-Mail: Info@fmnj-law.com
Website: www.fuscoandmacaluso.com

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 559-1222
*Please direct all replies to Passaic Office*

New York Office
One World Trade Center
85th Floor
New York, NY 10007
(212)-220-8592
*Please direct all replies to Passaic Office*

***Please direct all replies to
Passaic Office***

January 29, 2025

**VIA CM/ECF**
Honorable Stacey D. Adams, Magistrate Judge
Mitchell H. Cohen Bldg.
U.S. Courthouse-4th & Cooper Streets.
Camden, New Jersey 08101

      Re:    **C.V. v. Carminucci**
              **Civil Docket No.: 2:24-cv-02096-JXN-ESX**

Dear Judge Adams,

      This office represents the Defendant, **LAUREN CARMINUCCI**, in connection with the above-referenced matter. Currently there is a settlement conference scheduled in this matter on Friday, January 31, 2025, before Your Honor.

      As the Court is aware, fact discovery has been extended to allow additional time for the parties to take depositions. Same are scheduled for early February. In light of this, as per the Court's request as well, both Plaintiff's counsel and myself are requesting an adjournment of the settlement conference.

      We understand that the Court's preference is to provide three (3) days notice of an adjournment request, however Plaintiff's counsel and myself have been on Trial. Without the depositions of the parties a settlement conference would be fruitless and a waste of the Court's time.

Page 2
January 29, 2025

      I thank Your Honor in advance for your attention to this matter. I have obtained the consent of my adversary.

                                      Respectfully submitted,
                                      FUSCO & MACALUSO, P.C.
                                      */s/ David T. Ercolano, Esquire*
                                      DAVID T. ERCOLANO

DTE/als
cc: All Counsel of Record