**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.V., | Civil Action No. 2:24-cv-2096 (JXN) (SDA) |
| Plaintiff, | |
| v. | Hon. Stacey D. Adams |
| LAUREN CARMINUCCI, *also known as LAUREN GENSINGER*, | **AMENDED SCHEDULING ORDER** |
| Defendant. | |

**THIS MATTER** having come before the Court for a status conference before the undersigned on **March 6, 2025** and for good cause shown,

**IT IS, on this 6th day of March 2025, hereby ORDERED** as follows:

1. Fact discovery shall be re-opened for the limited purpose of completing the following:

    a. Defendant shall be permitted to take the deposition of Plaintiff by **April 15, 2025.**

    b. Plaintiff shall provide Defendant with a deficiency letter concerning those text messages that were cut-off or incomplete by **March 14, 2025.**

    c. Plaintiff shall respond to the deficiency letter by **March 31, 2025,** including any accompanying supplemental document production.

    d. If Defendant fails to produce the complete text messages, then counsel will meet and confer by **April 15, 2025** to reach agreement as to whether they want to stipulate to using software to pull the text messages off Defendant's phone/tablet/device or whether a forensic expert will be retained for that purpose. Counsel should be prepared to provide a proposed schedule for same at the upcoming May 1, 2025 settlement conference.

                                                  */s/ Stacey D. Adams*
                                                  Hon. Stacey D. Adams, U.S.M.J.