**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.V.<br><br>       Plaintiff,<br>   v.<br>LAUREN CARMINUCCI a/k/a LAUREN GENSINGER<br><br>       Defendant | Case No. 2:24-cv-2096 |

**NOTICE OF CHANGE OF FIRM NAME**

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE, that effective immediately, Daniel Szalkiewicz & Associates, P.C. has changed its name to Veridian Legal P.C. All future reference to the firm in this matter should be to Veridian Legal P.C. As a result, please use the following:

> Veridian Legal P.C.
> 23 West 73rd Street, Suite 102
> New York, NY 10023
> daniel@veridianlegal.com

The firm's addresses, phone numbers, fax numbers, have not been affected by this change.

Dated: March 14, 2025
       New York, New York

                                              VERIDIAN LEGAL P.C.

                                              ___/s/Daniel S. Szalkiewicz___
                                              By: Daniel S. Szalkiewicz, Esq.

1