Roy R. Macaluso † ♦
A.J. Fusco, Jr. ♦ (1946-2022)

David T. Ercolano*
Amie E. DiCola ♦
Steven D. Byoun ♦
Brian B. Horan ♦
Yafresie Feliz °
Alexandra E. Macaluso ♦

♦ Member of NJ and NY Bar
† Member of NJ and DC Bar
* Member of NJ and PA Bar
° Member of NJ Bar



**FUSCO & MACALUSO**
—— ATTORNEYS AT LAW ——

P.O. Box 838 □ 150 Passaic Avenue
Passaic, New Jersey 07055

Office: (973) 779-1163
Fax: (973) 779-5437

E-Mail: Info@fmnj-law.com
Website: www.fuscoandmacaluso.com

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 559-1222
*Please direct all replies to Passaic Office*

New York Office
One World Trade Center
85th Floor
New York, NY 10007
(212)-220-8592
*Please direct all replies to Passaic Office*

***Please direct all replies to
Passaic Office***

April 17, 2025

**VIA E-COURTS**
**Honorable Stacey D. Adams, Magistrate Judge**
**Mitchell H. Cohen Bldg.**
**U.S. Courthouse-4th & Cooper Streets**
**Camden, New Jersey 08101**

      **Re:**    **C.V, et. al. v. Lauren Carminucci, et. al.**
               **Case Action No.: 2:24-cv-02096-JXN-ESX**

Dear Honorable Adams:

      Kindly be advised that we represent defendants in the above-mentioned matter. With apologies to the Court, I reviewed again the prior Amended Scheduling Order, which has scheduled a Settlement Conference on May 1, 2025. I, however, will be away on vacation that week, and respectfully request that the Settlement Conference be adjourned to another convenient date at the Court's discretion. I have obtained my adversary's consent to adjourn the Settlement Conference.

      Secondly, in lieu of the Settlement Conference, I would like to request a Status Conference to discuss an issue that has arisen that will likely require leave of Court to file a Motion, regarding the pleadings. I have discussed the issue with my adversary and wish to bring the same to the Court's attention as well.

      Thank you for anticipated courtesies in the matter.

                              FUSCO & MACALUSO PC

                              STEVE D. BYOUN, ESQ.
                              Attorneys for Plaintiff

SDB/gdp