03 13 11 pm 09 24 2024 | 1 | 8003523015

/24/24 03:14PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
s)   9737795437 Pg 1/25

# psychiatric care associates, Wei Wang, MD

Phone: 2014084487
Fax: 8003523015

*220338*



| To: David Ercolano (2 faxes) | From: Wei Wang |
|---|---|
| Fax: 9737795437 | Pages: 25 |
| Re: Medical Records for LC | Date: September 24, 2024 |

Medical Records for Lauren Carminucci
Diagnosis and medication list  DOS: 8/8/24, 8/15/24, 8/29/24, 8/30/24, 9/01/24, 9/07/24, 9/16/24

| PATIENT | FACILITY |
|---------|----------|
| **Lauren Cigna Carminucci** | **Psychiatric Care Associates** |

| | |
|---|---|
| DOB | 07/19/1989 |
| AGE | 35 yrs |
| SEX | Female |
| PRN | CL355535 |

FACILITY
**Psychiatric Care Associates**
T  (201) 408 4487
F  (800) 352-3015
35 W. Hudson Avenue
Englewood, NJ 07631

## Diagnoses

| Current | ACUITY | START | STOP |
|---------|--------|-------|------|
| (F41.1) Generalized anxiety disorder | Chronic | | |
| (F43.10) Post-traumatic stress disorder, unspecified | Chronic | | |

| Historical | ACUITY | START | STOP |
|------------|--------|-------|------|
| (F32.9) Major depressive disorder, single episode, unspecified | Chronic | | 08/29/2024 |

practice fusion

```
03 73 11 pm 09-24-2024    3    8005523015
)/24/24 03:14PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 f2
)s)   9737795437 Pg 3/25
```

PATIENT
**Lauren Cigna Carminucci**

| | |
|---|---|
| DOB | 07/19/1989 |
| AGE | 35 yrs |
| SEX | Female |
| PRN | CL355535 |

FACILITY
**Psychiatric Care Associates**

T   (201) 408-4487
F   (800) 352-3015
35 W. Hudson Avenue
Englewood, NJ 07631

## Medications

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cariprazine HCl (Vraylar) 1.5 MG Oral Capsule | Take 1 capsule by mouth daily | 08/29/24 - | - |
| Clonazepam (clonazePAM) 0.125 MG Oral Tablet Disintegrating | 1 tablet at night po qhs | 08/08/24 - | - |
| Quetiapine Fumarate (SEROquel) 100 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 09/07/24 - | - |
| Topiramate (Topamax) 25 MG Oral Tablet | take 1 tablet by mouth at night everyday | 09/23/24 - | - |

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 08/07/24 - 08/29/24 | - |
| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 2 tablets by mouth 2 times per day | 08/28/24 - 09/07/24 | - |
| Sertraline HCl 100 MG Oral Tablet | 1.5 tabs QAM PO | 08/07/24 - 08/29/24 | - |
| Sertraline HCl 50 MG Oral Tablet | | - 08/08/24 | - |

practicefusion

03 43 11 p m 09 24 2014 | 4 | 8003523015
9/24/24 03:14PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fax es)   9737795437 Pg 4/25

PATIENT
Lauren Carminucci
DOB          07/19/1989
AGE          35 yrs
SEX          Female
MRN          CL355535

FACILITY
**Psychiatric Care Associates**
T  (201) 408-4487
F  (800) 352-3015
35 W. Hudson Avenue
Englewood, NJ 07631

ENCOUNTER
**Office Visit**
NOTE TYPE        SOAP Note
SEEN BY          Wei Wang M D M.D
DATE             08/08/2024
AGE AT DOS       35 yrs
                 Not signed

**Chief complaint**

ppt time: 8/8/2024 12:00:00 PM) (Arrival time: 2:27 PM) Meaningful Use, MC is a stay-at-home mom.

## Patient identifying details and demographics

| | | | |
|---|---|---|---|
| FIRST NAME | Lauren | SEX | Female |
| MIDDLE NAME | - | DATE OF BIRTH | 07/19/1989 |
| LAST NAME | Carminucci | DATE OF DEATH | - |
| SSN | | PRN | CL355535 |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | 300 Coles St. | CONTACT BY | |
| ADDRESS LINE 2 | Apt# 1909 | EMAIL | LaurenAcarminucci@gmail.com |
| CITY | Jersey City | HOME PHONE | - |
| STATE | NJ | MOBILE PHONE | (973) 896-6627 |
| ZIP CODE | 07310 | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| | | |
|---|---|---|
| NEXT OF KIN | Arthur Carminucci | PATIENT'S MOTHER'S MAIDEN NAME  - |
| RELATION TO PATIENT | Spouse | |
| PHONE | (862) 452-6364 | |
| ADDRESS | - | |

### PATIENT NOTES

Husband: Arthur (862) 452-6364

RACE          -
ETHNICITY     -
PREF. LANGUAGE  -
STATUS        Active patient

)/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
)S)   9737795437 Pg 1/25

## Vitals for this encounter

| | 08/07/24 2:30 PM |
|---|---|
| Height | 65 in |
| Weight | 108 lb |
| BMI | 17.97 |

## Diagnoses

Was diagnosis reconciliation completed?
Yes, reconciliation performed

| Current | ACUITY | START | STOP |
|---|---|---|---|
| F41.1) Generalized anxiety disorder | Chronic | | |
| F43.10) Post-traumatic stress disorder, unspecified | Chronic | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| F32.9) Major depressive disorder, single episode, unspecified | Chronic | | 08/29/2024 |

## Drug Allergies

Was medication allergy reconciliation completed?
Yes, reconciliation performed

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Medications

Was medication reconciliation completed?
Yes, reconciliation performed

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cariprazine HCl (Vraylar) 1.5 MG Oral Capsule | Take 1 capsule by mouth daily | 08/29/24 - | - |

- EScript (verified): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 capsule by mouth daily Refills: 2 Quantity: 30
- EScript (cancellation requested): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 capsule by mouth daily Refills: 2 Quantity: 30

| | | | |
|---|---|---|---|
| Clonazepam (clonazePAM) 0.125 MG Oral Tablet Disintegrating | 1 tablet at night po qhs | 08/08/24 - | |

- EScript (verified): 09/07/24 Prescriber: Wei Wang M D M.D SIG: 1 tablet at night po qhs Refills: 0 Quantity: 30
- EScript (verified): 08/08/24 Prescriber: Wei Wang M D M.D SIG: 1 tablet at night po qhs Refills: 0 Quantity: 30

| | | | |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 100 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 09/07/24 - | - |

- EScript (verified): 09/07/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30
- EScript (verified): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 08/07/24 - 08/29/24 | - |

- Script (recorded): 08/15/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 60
- EScript (refill request): 08/08/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30

| | | | |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 2 tablets by mouth 2 times per day | 08/28/24 - 09/07/24 | - |

- EScript (cancellation denied): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 2 tablets by mouth 2 times per day Refills: 0 Quantity: 120

| | | | |
|---|---|---|---|
| Sertraline HCl 100 MG Oral Tablet | 1.5 tabs QAM PO | 08/07/24 - 08/29/24 | - |

- EScript (cancellation requested): 08/15/24 Prescriber: Wei Wang M D M.D SIG: 1.5 tabs QAM PO Refills: 0 Quantity: 45
- EScript (verified): 08/08/24 Prescriber: Wei Wang M D M.D SIG: Take half of a tablet by mouth daily in the morning Refills: 0 Quantity: 30

| | | | |
|---|---|---|---|
| Sertraline HCl 50 MG Oral Tablet | | - 08/08/24 | - |

## Past medical history

### SOCIAL HISTORY

Patient feels anxious with PTSD.

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|

No Family health history recorded

FAMILY HEALTH HISTORY (FREE TEXT)

No family health history (free text)
    available for this patient.

## Objective

Comprehensive Mental Status

Appearance: adequately dressed and adequately groomed. pleasant and cooperative.

AAO x 3

Mood or Affect: (Sad, **Depressed**/Expansive/Labile/Happy/ **Anxious**) vitamin d3, 2500, multi vitamin

Speech: (/**Soft**/Loud/Pressured/Irregular/Regular)

Thought process: ( Tangential, Circumstantial, Flight of Ideas, Looseness of Association)doing well.

Psychomotor Activity: Hyper/**Agitated/Restless/Slow**/Retardation) picking on her feet

Delusions (Yes or **No**)

Hallucinations (Yes or **No**)

Paranoia (Yes or **No**)

Insight/judgment to mental illness or addiction: (**Limited**/Impaired/Fair)

Motivation to Change (**Yes** or No)

Suicidal ideation (Yes or **No**)

Intend (Yes or **No**) Plan (Yes or **No**)

Homicidal ideation (Yes or **No**)

Intend (Yes or **No**) Plan (Yes or **No**).

Memory ( short term and long term ) ( slightly or remarkably impaired or **Intact**)

Abstract Thinking (concrete. not psychologically minded, **age-appropriate**)

## Assessment

Please keep one copy in your wallet.

Please print out this in your study or bathroom, or kitchen

Dr. Wang's regimen for vitamins is: (1/2 the doses for children)-

I. Advise B complex if the vascular disease in the family or self An additional B12 500mg daily to prevent stroke, improve memory and enhance soft tissue healing.

2. Vitamin D3 2000-5000 IUs until serum level reaches 50-70. (No familial history or personal history of kidney stones). Boost up the immune system, and prevent cancer, especially breast cancer. For women above the age of 30 years and with no personal and family history of kidney stones, the USFDA recommendation for Calcium is 500mg-1200mg. For men, please ask your primary care doctor for the recommended dosage for you.

3. Multivitamin daily (anti-cancerous)

4. Vitamin C when somebody is sick in the family or a patient is sick due to a virus infection. 3000-5000 daily for one week. Maintenance Vitamin C is optional(1000mg)

03 15 43 p.m 09 24 2024    4    8003523015
)/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
3s)    9737795437 Pg 4/25

5. Methylfolate 7.5mg for patients with depression; you can buy a stockpile bottle from Amazon. After three months can increase to 15mg. ( helpful in preventing stroke and depression)

5. Dr. Wang also recommends brisk walking outdoors, 2-3x /week, 10-15 minutes. Alone without a dog or another person. Dr. Oz recommends 20 mins strength training every week.

7. As well as Internal Family Systems therapy, by Dr. Richard Schwartz, to work on the parts, to help find and identify different elements and listen to their stories(1). parts work as a definitive guide to your inner self; (2). textbook: internal family system therapy by Dr. Richard Schwartz). (3.) Audiobook: Body keeps the scorebook by Bessel van der Kolk.

.e., these are why acupuncture, acupressure massage, or massage, chiropractor, yoga. taichi, q gong, dancing, singing, theater, martial arts, especially Aikido (Dr. W's favorite); the marathon is excellent also or running long distances.

3. Highly encourage patient MOE: conscious outdoor experience, local Audobon society or botanical garden, local yoga center, or local Indigenous such as a local museum for a walk (not hiking). Yoga is an outdoor practice; it started outdoors in the forest, including a few postures, tree posts, cobra posts, etc.

3. In terms of coping skills:
1). Breathing techniques are encouraged;
2). Distracting with music, fun activities, and tapping technique(please reference Youtube)
3). Problems-focused stress relief technique; Affirming pt's positive attributes two or three times a day, even once (download any positive affirmation or gratitude app)
4). Continuously working on meditation techniques, especially the IFS system, Yoga, Taichi, tapping technique, and acupuncture
5). Healthy exercise routine;
6). Avoid destructive relationships;
7). Build some positive relationship(s) gradually
8). Build better self-esteem. In the 1970s-1980s, every celebrity had a big house with a swimming pool. Then in the 1980s-1990s, every celebrity had a meditation room. But now the bragging among celebrities is that they have their acupuncturist

## Plan

*Treatment plan(s)*:
Supportive Therapy (Yes)
Psychopharmacology (Yes)
Psycho-education on Mental Illness or (and) Addiction Benefit/Risks of Psychotropics (Yes)

## Orders

LAB ORDERS

No orders attached to this encounter.

IMAGING ORDERS

No orders attached to this encounter.

## Screenings/ Interventions/ Assessments

| CATEGORY | NAME | STATUS |
|---|---|---|
| Intervention | Case management follow up (procedure) | Performed |
| Procedure | Anxiety disorder medication review | Ordered |
| Intervention | Depression management program (regime/therapy) | Performed |

| Procedure | | Ordered |
|---|---|---|
| Sleep disorder care management | | |
| Intervention | Weight control education (procedure) | Performed |
| Intervention | Diet education (procedure) | Performed |

## Observations

| CATEGORY | NAME | DATE |
|---|---|---|
| Functional status | Able to get in and out of a chair | 08/08/2024 |
| Cognitive status | Able to comprehend speech | 08/08/2024 |
| Cognitive status | Able to comprehend language | 08/08/2024 |
| Cognitive status | Able to analyze information | 08/08/2024 |

## Quality of care

Was diagnosis reconciliation completed?
Yes, reconciliation performed

Was medication allergy reconciliation completed?
Yes, reconciliation performed

Was medication reconciliation completed?
Yes, reconciliation performed

Summary of Care record requested and unavailable

Documentation of current medications

Transfer of Care - incoming

Patient Decision Aids / Education Materials Given

## Care plan

Care Plan:
1. Return to clinic on Thursday, August 15, 2024 at 12:00 pm
2. Sertraline raised to 100 mg in the morning.
3. Added Quetiapine (Seroquel) 25 mg at night
Please follow these direction:

03'16 43 p m '09 24 2024 | 6 | 8003523015
1/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa s) 9737795437 Pg 6/25

Quetiapine) 25 mg. Begin with ¼ tablet (use a pill cutter to start). If not sleeping a straight 8hrs, go up to ½ tablet the next night. If still not sleeping straight 8hrs, then go up to ¾ tablet, then a 1 whole tablet. Then 1 ½ tablet, then keep going up until 8 hours of sleep is reached. (Highest dose can be 300mg.) If it is too sedating, patient can crush it

starting at a pinch or two pinches at a time. No electronics after taking.

4. Hold of on Hydroxyzine 25 mg. do not take for now.

5. Clonazepam disintegrating tablets .125 mg at night.

6. Genetic Test sent to patient: she will do and send back.

7. Send us an email tomorrow or Saturday if any side effects if patient is sleeping better.  Tell us the dosage of Seroquel which makes patient sleep a solid 7 to 8 hours at night. If anything we have to increase or decrease the dosage we will let the patient know.

8. Medication:

Sertraline HCl 100 mg tablet, 1 tablet in the morning. Prescription sent 8/8/2024 with a 30 day supply good to 9/7/2024 (Sent to CVS in Target in Jersey City)

Seroquel 25 mg tablet, 1 tablet at night or as directed, Prescription sent 8/8/2024 with a 30 day supply good to 9/7/2024 (Sent to CVS in Target in Jersey City)

Clonazepam 0.125 MG Oral Tablet Disintegrating, 1 tablet at night, Prescription sent 8/8/2024 with a 30 day supply good to 9/7/2024 (Sent to CVS in Target in Jersey City)

Please keep one copy in your wallet.

>Please print out this in your study or bathroom, or kitchen

Dr. Wang's regimen for vitamins is: (1/2 the doses for children)-

1. Advise B complex if the vascular disease in the family or self An additional B12 500mg daily to prevent stroke, improve memory and enhance soft tissue healing.

2. Vitamin D3 2000-5000 IUs until serum level reaches 50-70. (No familial history or personal history of kidney stones). Boost up the immune system, and prevent cancer, especially breast cancer. For women above the age of 30 years and with no personal and family history of kidney stones, the USFDA recommendation for Calcium is 500mg-1200mg. For men, please ask your primary care doctor for the recommended dosage for you.

3. Multivitamin daily (anti-cancerous)

4. Vitamin C when somebody is sick in the family or a patient is sick due to a virus infection. 3000-5000 daily for one week. Maintenance Vitamin C is optional(1000mg)

5. Methyl Folate 7.5mg for patients with depression; you can buy a stockpile bottle from Amazon. After three months can increase to 15mg. ( helpful in preventing stroke and depression)

6. Dr. Wang also recommends brisk walking outdoors, 2-3x /week, 10-15 minutes. Alone without a dog or another person. Dr. Oz recommends 20 mins strength training every week.

7. As well as Internal Family Systems therapy, by Dr. Richard Schwartz, to work on the parts, to help find and identify different elements and listen to their stories(1). parts work is a definitive guide to your inner self; (2). textbook: internal family system therapy by Dr. Richard Schwartz). (3) Audiobook: Body keeps the scorebook by Bessel van der Kolk.

i.e., these are why acupuncture, acupressure massage, or massage, chiropractor, yoga, Taichi, qigong, dancing, singing, theater, martial arts, especially Aikido (Dr. W's favorite); the marathon is excellent also or running long distances.

8. Highly encourage patient MOE: conscious outdoor experience. local Audubon society or botanical garden, local yoga center, or local indigenous such as a local museum for a walk (not hiking). Yoga is an outdoor practice; it started outdoors in the forest, including a few postures, tree posts, cobra posts, etc.

9. In terms of coping skills:

1). Breathing techniques are encouraged;

2). Distracting with music, fun activities, and tapping technique(please reference YouTube)

3). Problems-focused stress relief technique; Affirming pt.'s positive attributes two or three times a day, even once (download any positive affirmation or gratitude app)

4). Continuously working on meditation techniques, especially the IFS system, Yoga, Taiichi, tapping technique, and acupuncture

5). Healthy exercise routine;

6). Avoid destructive relationships;

7). Build some positive relationship(s) gradually

8). Build better self-esteem. In the 1970s-1980s, every celebrity had a big house with a swimming pool. Then in the 1980s-1990s, every celebrity had a meditation room. But now the bragging among celebrities is that they have their acupuncturist.

Breathing techniques are encouraged;

Distracting with music, fun activities, tapping technique;(please reference YouTube)

Problems focused stress relief technique;

Affirming pt.'s positive attributes two or three times a day even one(download any positive affirmation or gratitude app)

Continuously working on the meditation techniques, especially the IFS system, also Yoga. Taichi, tapping technique and acupuncture

Healthy exercises routine;

Avoid destructive relationship;

Build gradually some positive relationship(s)

Build better self-esteem

practicefusion

**PATIENT**

Lauren Carminucci

| | |
|---|---|
| DOB | 07/19/1989 |
| AGE | 35 yrs |
| SEX | Female |
| RN | CL355535 |

**FACILITY**

**Psychiatric Care Associates**

T  (201) 408-4487
F  (800) 352-3015
35 W. Hudson Avenue
Englewood, NJ 07631

**ENCOUNTER**

**Office Visit**

| | |
|---|---|
| NOTE TYPE | SOAP Note |
| SEEN BY | Wei Wang M D M.D |
| DATE | 08/15/2024 |
| AGE AT DOS | 35 yrs |
| | Not signed |

## Chief complaint

Appt time: 8/15/2024 12:00:00 PM) (Arrival time: 1:17 PM) Meaningful Use, MC

ill anxious but much more controllable. 5/10 how long would last? half hour gets under control. quetiapine 25mg 3/4 to 1 tab at night;

ill depressed: 5/10 throughout the day. It is still coming and go. It came.

up on sertraline 150mg QAm PO

uetiap ne 25mg the whole tab start to increase on Friday night and sat, pt can oversleep without problem.

onazapine disconcernt

## Patient identifying details and demographics

| | | | |
|---|---|---|---|
| FIRST NAME | Lauren | SEX | Female |
| MIDDLE NAME | - | DATE OF BIRTH | 07/19/1989 |
| LAST NAME | Carminucci | DATE OF DEATH | - |
| SSN | - | PRN | CL355535 |

**RACE** -
**ETHNICITY** -
**PREF. LANGUAGE**
**STATUS** Active patient

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | 300 Coles St. | CONTACT BY | |
| ADDRESS LINE 2 | Apt# 1909 | EMAIL | LaurenAcarminucci@gmail.com |
| CITY | Jersey City | HOME PHONE | |
| STATE | NJ | MOBILE PHONE | (973) 896-6627 |
| ZIP CODE | 07310 | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| | |
|---|---|
| NEXT OF KIN | Arthur Carminucci |
| RELATION TO PATIENT | Spouse |
| PHONE | (862) 452-6364 |
| ADDRESS | - |

**PATIENT'S MOTHER'S MAIDEN NAME** -

### PATIENT NOTES

Husband: Arthur (862) 452-6364

03'16 43 p m '09-24-2024    9    8003523015
)/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
s)    9737795437 Pg 9/25

## Vitals for this encounter

| | 08/15/24 1:17 PM |
|---|---|
| Height | 65 in |
| Weight | 108 lb |
| BMI | 17.97 |

## Diagnoses

Was diagnosis reconciliation completed?
Yes, reconciliation performed

| Current | ACUITY | START | STOP |
|---|---|---|---|
| F41.1) Generalized anxiety disorder | Chronic | | |
| F43.10) Post-traumatic stress disorder, unspecified | Chronic | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| F32.9) Major depressive disorder, single episode, unspecified | Chronic | | 08/29/2024 |

## Drug Allergies

Was medication allergy reconciliation completed?
Yes, reconciliation performed

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

03 16 43 pm 09 24 2024 | 10 | 8003523015
9/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa )s)  9737795437 Pg10/25

## Medications

Was medication reconciliation completed?
Yes, reconciliation performed

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cariprazine HCl (Vraylar) 1.5 MG Oral Capsule | Take 1 capsule by mouth daily | 08/29/24 - | - |

- EScript (verified): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 capsule by mouth daily Refills: 2 Quantity: 30
- EScript (cancellation requested): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 capsule by mouth daily Refills: 2 Quantity: 30

| Clonazepam (clonazePAM) 0.125 MG Oral Tablet | 1 tablet at night po qhs | 08/08/24 - | - |
| Disintegrating | | | |

- EScript (verified): 09/07/24 Prescriber: Wei Wang M D M.D SIG: 1 tablet at n ght po qhs Refills: 0 Quantity: 30
- EScript (verified): 08/08/24 Prescriber: Wei Wang M D M.D SIG: 1 tablet at n ght po qhs Refills: 0 Quantity: 30

| Quetiapine Fumarate (SEROquel) 100 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 09/07/24 - | - |

- EScript (verified): 09/07/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30
- EScript (verified): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 08/07/24 - 08/29/24 | - |

- Script (recorded): 08/15/24 Prescriber: Wei Wang M D M.D S'G: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 60
- EScript (refill request): 08/08/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30

| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 2 tablets by mouth 2 times per day | 08/28/24 - 09/07/24 | - |

- EScript (cancellation denied): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 2 tablets by mouth 2 times per day Refills: 0 Quantity: 120

| Sertraline HCl 100 MG Oral Tablet | 1.5 tabs QAM PO | 08/07/24 - 08/29/24 | - |

- EScript (cancellation requested): 08/15/24 Prescriber: We' Wang M D M.D SIG: 1.5 tabs QAM PO Refills: 0 Quantity: 45
- EScript (verified): 08/08/24 Prescriber: Wei Wang M D M.D SIG: Take half of a tablet by mouth daily in the morning Refills: 0 Quantity: 30

| Sertraline HCl 50 MG Oral Tablet | | - 08/08/24 | - |

## Past medical history

### SOCIAL HISTORY

Patient feels anxious with PTSD.

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |
| FAMILY HEALTH HISTORY (FREE TEXT) | |
| No family health history (free text) available for this patient. | |

## Objective

Comprehensive Mental Status

- Appearance: adequate dressed, adequately groomed, pleasant and cooperative.
- AAO x 3
- Mood or Affect: (Sad/**much less Depressed**/Expansive/Labile/Happy/**much less Anxious**) able to use various coping skills i learned here.
- Speech: (**Normal**/Soft/Loud/Pressured/Irregular/Regular)
- Thought process: (**No Formal Thought Disorder**, Tangentia, Circumstantial, Flight of Ideas, Looseness of Association)
- Psychomotor Activity: (**Normal**/Hyper/Agitated/Restless/Slow/Retardation)
- Delusions (Yes or **No**)
- Hallucinations (Yes or **No**)
- Paranoia (Yes or **No**)
- Insight/judgment to mental illness or addiction: (Limited/**Intact**/Impaired/Fair)
- Motivation to Change (**Yes** or No)
- Suicidal ideation (Yes or **No**)
- Intend (Yes or **No**) Plan (Yes or **No**)
- Homicidal ideation (Yes or **No**)
- Intend (Yes or **No**) Plan (Yes or **No**).
- Memory ( short term and long term ) ( slightly or remarkably impaired or **intact**)
- Abstract Thinking (concrete, not psychologically minded, **age-appropriate**)

## Assessment

Please keep one copy in your wallet.

Please print out this in your study or bathroom, or kitchen

Dr. Wang's regimen for vitamins is: (1/2 the doses for children)-

1. Advise B complex if the vascular disease in the family or self An additional B12 500mg daily to prevent stroke, improve memory and enhance soft tissue healing.

2. Vitamin D3 2000-5000 IUs until serum level reaches 50-70. (No familial history or personal history of kidney stones.) Boost up the immune system, and prevent cancer, especially breast cancer. For women above the age of 30 years and with no personal and family history of kidney stones, the USFDA recommendation for Calcium is 500mg-1200mg. For men, please ask your primary care doctor for the recommended dosage for you.

3. Multivitamin daily (anti-cancerous)

4. Vitamin C when somebody is sick in the family or a patient is sick due to a virus infection. 3000-5000 daily for one week. Maintenance Vitamin C is optional(1000mg)

03 16 43 p'm'09-24-2024 | 12 | 8003523015
3/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
)s)    9737795437 Pg12/25

5. Methylfolate 7.5mg for patients with depression; you can buy a stockpile bottle from Amazon. After three months can increase to 15mg. (helpful in preventing stroke and depression)

5. Dr. Wang also recommends brisk walking outdoors, 2-3x /week, 10-15 minutes. Alone without a dog or another person. Dr. Oz recommends 20 mins strength training every week.

7. As well as Internal Family Systems therapy, by Dr. Richard Schwartz, to work on the parts, to help find and identify different elements and listen to their stories(1), parts work as a definitive guide to your inner self; (2). textbook: internal family system therapy by Dr. Richard Schwartz). (3.) Audiobook: Body keeps the scorebook by Bessel van der Kolk.

.e., these are why acupuncture, acupressure massage, or massage, chiropractor, yoga. taichi, qigong, dancing, singing, theater. martial arts, especially Aikido (Dr. W's favorite); The marathon is excellent also or running long distances.

8. Highly encourage patient MOE: conscious outdoor experience, local Audobon society or botanical garden, local yoga center, or local indigenous such as a local museum for a walk (not hiking). Yoga is an outdoor practice; it started outdoors in the forest, including a few postures, tree posts, cobra posts, etc.

9. In terms of coping skills:
1). Breathing techniques are encouraged;
2). Distracting with music, fun activities, and tapping technique(please reference Youtube)
3). Problems-focused stress relief technique; Affirming pt's positive attributes two or three times a day, even once (download any positive affirmation or gratitude app)
4). Continuously working on meditation techniques, especially the IFS system, Yoga, Taichi, tapping technique, and acupuncture
5). Healthy exercise routine;
6). Avoid destructive relationships;
7). Build some positive relationship(s) gradually
8). Build better self-esteem. In the 1970s-1980s, every celebrity had a big house with a swimming pool. Then in the 1980s-1990s, every celebrity had a meditation room. But now the bragging among celebrities is that they have their acupuncturist.

Diagnoses attached to this encounter:

(F32.9) Major depressive disorder, single episode, unspecified

(F41.1) Generalized anxiety disorder

(F43.10) Post-traumatic stress disorder, unspecified

## Plan

*Treatment plan(s):*
Supportive Therapy (Yes)
**Psychopharmacology** (Yes)
**Psycho-education** on Mental Illness or (and) Addiction Benefit/Risks of Psychotropics (Yes).

## Orders

### LAB ORDERS

No orders attached to this encounter.

### IMAGING ORDERS

No orders attached to this encounter.

03 16 43 pm 09-24-2024    13    8003523015

)/24/24 O3:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
s)    9737795437 Pg13/25

## Screenings/ Interventions/ Assessments

| CATEGORY | NAME | STATUS |
|---|---|---|
| Intervention | Case management follow up (procedure) | Performed |
| Procedure | Anxiety disorder medication review | Ordered |
| Intervention | Depression management program (regime/therapy) | Performed |
| Procedure | Sleep disorder care management | Ordered |
| Intervention | Weight control education (procedure) | Performed |
| Intervention | Diet education (procedure) | Performed |

## Observations

| CATEGORY | NAME | DATE |
|---|---|---|
| Functional status | Able to get in and out of a chair | 08/15/2024 |
| Cognitive status | Able to comprehend speech | 08/15/2024 |
| Cognitive status | Able to comprehend language | 08/15/2024 |
| Cognitive status | Able to analyze information | 08/15/2024 |

## Quality of care

Was diagnosis reconciliation completed?
Yes, reconciliation performed

Was medication allergy reconciliation completed?
Yes, reconciliation performed

Was medication reconciliation completed?
Yes, reconciliation performed

Summary of Care record requested and unavailable

Documentation of current medications

Transfer of Care - incoming

Patient Decision Aids / Education Materials Given

## Care plan

03' 16 43 p'm' 09-24-2024    15    8003523015

)/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
s)    9737795437 Pg15/25

**PATIENT**
Lauren Carminucci

| | |
|---|---|
| DOB | 07/19/1989 |
| AGE | 35 yrs |
| SEX | Female |
| RN | CL355535 |

**FACILITY**
**Psychiatric Care Associates**
T (201) 408-4487
F (800) 352-3015
35 W. Hudson Avenue
Englewood, NJ 07631

**ENCOUNTER**
**Office Visit**

| | |
|---|---|
| NOTE TYPE | SOAP Note |
| SEEN BY | Wei Wang M D M.D |
| DATE | 08/29/2024 |
| AGE AT DOS | 35 yrs |
| | Not signed |

**Chief complaint**

Appt time: 8/29/2024 12:00:00 PM) (Arrival time: 10:03 AM)
Meaningful Use GM

## Patient identifying details and demographics

| | | | |
|---|---|---|---|
| FIRST NAME | Lauren | SEX | Female |
| MIDDLE NAME | - | DATE OF BIRTH | 07/19/1989 |
| LAST NAME | Carminucci | DATE OF DEATH | - |
| SSN | - | PRN | CL355535 |

**CONTACT INFORMATION**

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | 300 Coles St. | CONTACT BY | |
| ADDRESS LINE 2 | Apt# 1909 | EMAIL | LaurenACarminucci@gmail.com |
| CITY | Jersey City | HOME PHONE | |
| STATE | NJ | MOBILE PHONE | (973) 896-6627 |
| ZIP CODE | 07310 | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

| | | | |
|---|---|---|---|
| | | RACE | - |
| | | ETHNICITY | - |
| | | PREF. LANGUAGE | - |
| | | STATUS | Active patient |

**FAMILY INFORMATION**

| | |
|---|---|
| NEXT OF KIN | Arthur Carminucci |
| RELATION TO PATIENT | Spouse |
| PHONE | (862) 452-6364 |
| ADDRESS | - |

PATIENT'S MOTHER'S MAIDEN NAME    -

**PATIENT NOTES**

Husband: Arthur (862) 452-6364

03:16:43 p.m 09-24-2024    16    8003523015

)/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa
es)    9737795437 Pg16/25

## Vitals for this encounter

|  | 08/29/24 10:04 AM |
| --- | --- |
| Height | 65 in |
| Weight | 108 lb |
| BMI | 17.97 |

## Diagnoses

Was diagnosis reconciliation completed?
Yes, reconciliation performed

| Current | ACUITY | START | STOP |
| --- | --- | --- | --- |
| F41.1) Generalized anxiety disorder | Chronic |  |  |
| F43.10) Post-traumatic stress disorder, unspecified | Chronic |  |  |

| Historical | ACUITY | START | STOP |
| --- | --- | --- | --- |
| F32.9) Major depressive disorder, single episode, unspecified | Chronic |  | 08/29/2024 |

## Drug Allergies

Was medication allergy reconciliation completed?
Yes, reconciliation performed

| Active | SEVERITY/REACTIONS | ONSET |
| --- | --- | --- |
| Patient has no known drug allergies |  |  |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
| --- | --- | --- |
| No food allergies recorded |  |  |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
| --- | --- | --- |
| No environmental allergies recorded |  |  |

03 16 43 p m 09 24 2024   17   8003523015

3/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa  
es)   9737795437 Pg17/25

## Medications

Was medication reconciliation completed?  
Yes, reconciliation performed

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cariprazine HCl (Vraylar) 1.5 MG Oral Capsule | Take 1 capsule by mouth daily | 08/29/24 - | - |

- EScript (verified): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 capsule by mouth daily Refills: 2 Quantity: 30
- EScript (cancellation requested): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 capsule by mouth daily Refills: 2 Quantity: 30

| | | | |
|---|---|---|---|
| Clonazepam (clonazePAM) 0.125 MG Oral Tablet Disintegrating | 1 tablet at night po qhs | 08/08/24 - | - |

- EScript (verified): 09/07/24 Prescriber: Wei Wang M D M.D SIG: 1 tablet at night po qhs Refills: 0 Quantity: 30
- EScript (verified): 08/08/24 Prescriber: Wei Wang M D M.D SIG: 1 tablet at night po qhs Refills: 0 Quantity: 30

| | | | |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 100 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 09/07/24 - | - |

- EScript (verified): 09/07/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30
- EScript (verified): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 1 tablet by mouth daily at bedtime | 08/07/24 - 08/29/24 | - |

- Script (recorded): 08/15/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 60
- EScript (refill request): 08/08/24 Prescriber: Wei Wang M D M.D SIG: Take 1 tablet by mouth daily at bedtime Refills: 0 Quantity: 30

| | | | |
|---|---|---|---|
| Quetiapine Fumarate (SEROquel) 25 MG Oral Tablet | Take 2 tablets by mouth 2 times per day | 08/28/24 - 09/07/24 | - |

- EScript (cancellation denied): 08/29/24 Prescriber: Wei Wang M D M.D SIG: Take 2 tablets by mouth 2 times per day Refills: 0 Quantity: 120

| | | | |
|---|---|---|---|
| Sertraline HCl 100 MG Oral Tablet | 1.5 tabs QAM PO | 08/07/24 - 08/29/24 | - |

- EScript (cancellation requested): 08/15/24 Prescriber: Wei Wang M D M.D SIG: 1.5 tabs QAM PO Refills: 0 Quantity: 45
- EScript (verified): 08/08/24 Prescriber: Wei Wang M D M.D SIG: Take half of a tablet by mouth daily in the morning Refills: 0 Quantity: 30

| | | | |
|---|---|---|---|
| Sertraline HCl 50 MG Oral Tablet | | - 08/08/24 | - |

## Past medical history

### SOCIAL HISTORY

Patient feels anxious with PTSD.

3/24/24 03:17PM EDT psychiatric care associates, Wei Wang, MD -> David Ercolano (2 fa $s) 9737795437 Pg18/25

03 16 43 p m 09 24 2024    18    8003523015

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

**FAMILY HEALTH HISTORY (FREE TEXT)**

No family health history (free text)
available for this patient.

## Objective

Comprehensive Mental Status

- Appearance: Adequately dressed. Adequately groomed. Pleasant and cooperative.
- AAO x 3
- Mood or Affect: (Sad/**Depressed**/Expansive/Labile/Happy/**Slightly less Anxious**)
- Speech: (**Normal**/Soft/Loud/Pressured/Irregular/Regular)
- Thought process: (**No Formal Thought Disorder**, Tangental, Circumstantial, Flight of Ideas, Looseness of Association)
- Psychomotor Activity: (**Normal**/Hyper/Agitated/Restless/Slow/Retardation)
- Delusions (Yes or **No**)
- Hallucinations (Yes or **No**)
- Paranoia (Yes or **No**)
- Insight/judgment to mental illness or addiction: (Limited/**Intact**/Impaired/Fair)
- Motivation to Change (**Yes** or No)
- Suicidal ideation (Yes or **No**)
- Intend (Yes or **No**) Plan (Yes or **No**)
- Homicidal ideation (Yes or **No**)
- Intend (Yes or **No**) Plan (Yes or **No**).
- Memory (short term and long term) (slightly or remarkably impaired or **intact**)
- Abstract Thinking (concrete, not psychologically minded, **age-appropriate**)

## Assessment

Please keep one copy in your wallet.

Please print this out to place in your study, bathroom or kitchen

Dr. Wang's regimen for vitamins is: (halve the doses for children)-
1. B complex if there is history of vascular disease in the family or self, and an additional B12 500mg daily to prevent stroke, improve memory and enhance soft tissue healing.
2. Vitamin D3 2000-5000 IUs until serum level reaches 50-70. (Only if there is no family history or personal history of kidney stones). Vitamin D3 will boost up the immune system and prevent cancer (especially breast cancer). For women above the age of 30 years and with no personal and family history of kidney stones, the USFDA recommendation for Calcium is 500mg-1200mg. For men, please ask your primary care doctor for the recommended dosage for you.

3. Multivitamin daily (anti-cancerous)

4. Take Vitamin C when somebody is sick in the family, or if you are sick due to a virus infection. 3000-5000 daily for one week. Maintenance Vitamin C is optional (1000mg).

5. Methyl-folate 7.5mg for patients with depression; you can buy a stockpile bottle from Amazon. After three months you may increase to 15mg. (Helpful in preventing stroke and depression)

6. Dr. Wang also recommends brisk walking outdoors, 2-3x /week for 10-15 minutes. Alone, without a dog or another person. Dr. Oz recommends 20 mins of strength training every week.

7. Dr. Wang recommends the book "Internal Family Systems Therapy", by Dr. Richard Schwartz. As well as "Parts Work: An Illustrated Guide to Your Inner Life" by Tom Holmes. And finally, "The Body Keeps the Score" by Bessel van der Kolk. Other activities that Dr. Wang recommends include acupuncture, acupressure massage, massage, chiropractic treatment, yoga, Tai Chi, Qi Gong, dancing, singing, theater, martial arts (especially Aikido), and long-distance running.

8. Dr. Wang highly encourages MOE (mindful outdoor experiences). Examples include supporting your local Audobon society or botanical garden, local yoga center, or local museum for a walk. Yoga is also an outdoor practice; it started outdoors in the forest, and includes movements and poses inspired by nature (e.g. tree pose, cobra pose, etc.)

9. In terms of coping skills:

1) Breathing techniques are encouraged

2) Distracting yourself with music, fun activities, and the "tapping" technique (please reference YouTube)

3) Problems-focused stress relief technique; Affirming pt's positive attributes two or three times a day, or even just once (download any positive affirmation or gratitude app)

4) Continuously working on medication techniques, especially using the IFS system, Yoga, Tai Chi, "tapping" technique, and/or acupuncture

5) Having a healthy exercise routine

6) Avoiding destructive relationships

7) Gradually building some positive relationship(s)

8) Build better self-esteem. In the 1970s-1980s, every celebrity had a big house with a swimming pool. Then in the 1980s-1990s, every celebrity had a meditation room. But now celebrities brag about their acupuncturists and other holistic healing techniques for a healthier and better quality of life.

Diagnoses attached to this encounter:

(F32.9) Major depressive disorder, single episode, unspecified

(F41.1) Generalized anxiety disorder

(F43.10) Post-traumatic stress disorder, unspecified

**Plan**

**Treatment plan(s):**
Supportive Therapy (YES)
Psychopharmacology (YES)
Psycho-education on Mental Illness and/or Addiction Benefit/Risks of Psychotropics (Yes)

**Orders**

LAB ORDERS

No orders attached to this encounter.

IMAGING ORDERS

No orders attached to this encounter.