```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
 2          CIVIL ACTION:  2:24-CV-02096-JXN-ESX

 3    C.V.,                              :
                         Plaintiff,      :
 4        vs.                            :
                                         :
 5    LAUREN CARMINUCCI,                 :
                                         :
 6                       Defendant.      :
      - - - - - - - - - - - - - - - - -

 7

 8        Remote Deposition of LAUREN CARMINUCCI taken

 9   in the above-mentioned matter before Michelle

10   Gruendel, a Certified Court Reporter and Notary

11   Public of the State of New Jersey, taken remotely

12   via Zoom on February 14, 2025 commencing at 10:02

13   a.m.
```

ROSENBERG & ASSOCIATES, INC.
Certified Court Reporters & Videographers
23 Vreeland Road
Florham Park, New Jersey 07932
(973) 228-9100
www.RosenbergandAssociates.com

2

```
 1  A P P E A R A N C E S: (VIA ZOOM)
 2  DANIEL S. SZALKIEWICZ & ASSOCIATES, PC
    BY: DANIEL S. SZALKIEWICZ, ESQ.
 3     23 West 73rd Street, Suite 102
       New York, New York 10023
 4     212-706-1007
    E-MAIL: Daniel@lawdss.com
 5  For the Plaintiff, C.V.
 6
    FUSCO & MACALUSO, LLC
 7  BY: STEVEN BYOUN, ESQ.
       150 Passaic Avenue
 8     Passaic, New Jersey 07055
       973-779-1163
 9  E-MAIL: SByoun@fmnj-law.com
    For the Defendant, Lauren Carminucci
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1              I N D E X
 2  WITNESS       EXAMINATION BY       PAGE
    LAUREN           MR.           4
 3  CARMINUCCI       SZALKIEWICZ
 4
 5
 6
             E X H I B I T S
 7
    NUMBER    DESCRIPTION       PAGE
 8  1         First Request       17
              for Production
 9            of Documents
    2         Photograph          49
10  3         Group chat          50
    4         Text messages       55
11  5         Photograph          72
    6         Group text          87
12            chat
    7         Screen shot of      93
13            message
    8         Text message       109
14  9         Interrogatory      115
              Responses
15  10        Intent to Sue      119
16  EXHIBITS
    RETAINED BY
17  COUNSEL
18
19
20
21
22
23
24
25
```

4

```
 1  LAUREN CARMINUCCI, residing 111 Boulderwood Drive,
 2  Bernardsville, New Jersey 07929, having been first
 3  duly sworn according to law, testifies as follows:
 4        THE COURT REPORTER: Please state and
 5  spell your full name and provide your address.
 6        THE WITNESS: Yes. Lauren Carminucci,
 7  L-A-U-R-E-N, C-A-R-M-I-N-U-C-C-I. My address is
 8  111 Boulderwood Drive, Bernardsville, New Jersey
 9  07924.
10  DIRECT EXAMINATION BY MR. SZALKIEWICZ:
11   Q. Good morning, Mr. -- Miss Carminucci. My
12  name is --
13   A. Miss.
14   Q. Miss.
15        My name is Daniel Szalkiewicz. I represent
16  the plaintiff in this matter. We're here today for
17  your deposition.
18        Before we begin, I just want to go over some
19  ground rules, if that's okay.
20        You ready?
21   A. Sure.
22   Q. All right. So first, because we are not
23  having this recorded on video, the court reporter,
24  who you see on the screen, will be taking down
25  everything we are saying. If you respond, I need
```

5

```
 1  you to respond with a verbal yes or no rather than
 2  nodding your head.
 3        Do you understand?
 4   A. Yes.
 5   Q. On top of that, you're more than welcome to
 6  take any breaks that you would like. The only
 7  thing that I ask is if a question is pending, you
 8  answer the question first and then you can go off
 9  screen and take a break.
10        Okay?
11   A. Sure.
12   Q. I'm going to be sharing some exhibits with
13  you on the screen. If you have a problem seeing
14  them, let me know. As well as sharing them on the
15  screen, I will also e-mail them to your attorney
16  who can then forward them directly to you, if you
17  want to look at them that way.
18        Okay?
19   A. Sure.
20   Q. If I say something you don't understand, if
21  for some reason you can't hear me, please let me
22  know and I'll try to speak louder. If you don't
23  understand a question, I'll try to phrase it in a
24  way that you do.
25        Does that make sense?
```

### 34

1 that C.V. was saying to me and then -- I even said
2 Olivia, what video, send me it. She couldn't. She
3 never provided it to me. I think it was just
4 C.V.'s way of putting fear in Olivia, making this
5 up and then, you know, turning Olivia against me.
6 And then it -- like I said, it just -- I think
7 mostly because we were all afraid of C.V. Everyone
8 in that group feared C.V.
9    Q. But you haven't spoken to C.V. since May of
10 2023, correct?
11    A. I have not.
12    Q. She hasn't been part of your life now for a
13 year and a half?
14    A. No, but I know that she stalks me because,
15 you know, my ex-brother-in-law had told me that,
16 you know, she reached out to him the day she filed
17 just saying hey and he never answered her. He
18 doesn't want to be involved at all. He didn't ever
19 want to engage with her, but she's never met him so
20 I don't know why she would reach out to someone
21 that she's never met, you know, and -- you know, I
22 just feel that even though C.V., I haven't talked
23 to her, this case has been haunting me, you know.
24 I go to massive therapy for this, I'm on medication
25 because of, you know, just all of this that

### 35

1 transpired.
2    Q. What's your ex-brother-in-law's name?
3    A. Jonathan Suarez.
4    Q. You said Jonathan?
5    A. Yes.
6    Q. Where does he live?
7    A. He lives in Florida. He has nothing to do
8 with this.
9    Q. Do you know how C.V. got his information?
10    A. I don't. I never really -- because like I
11 said, hearing her name gives me -- my heart
12 palpitates. I don't know, and I never cared to ask
13 him. It's just, he would always say, you know, be
14 careful, be careful, and she would always try to
15 reach out to him and he just wouldn't answer.
16 Like, he texted me and said hey, what's your
17 friend, C.V.'s number, and I said my friend, C.V.,
18 because my sister-in-law's Christina and -- because
19 he didn't have her -- he didn't have her stored.
20 She would just aggressively try to reach out to
21 him, Snapchat, Instagram, just because at that time
22 when she and I got into an argument, or whatever
23 you want to call that, the threats, you know, my
24 sister had just gotten a divorce so they were not
25 on great terms. So I think that C.V. looked at it

### 36

1 as, oh, an enemy, I could find out stuff about
2 Lauren, and then, you know, he was in my life for
3 10 years. He helped bury my brother, you know, so
4 we fight like siblings. So when he came back
5 around, you know, he -- he's not involved at all.
6 He's been living in Florida. It's just he looks
7 out for me like I'm a little sister and he
8 doesn't -- he sent me the conversation. She wrote,
9 hi, and then he wrote, who's this, and she said
10 C.V. from New York and, you know, he never answered
11 any of that when he realized it was her, but it was
12 on the day she filed the lawsuit so for me it was
13 like, hey, I'm extorting her, you know, or
14 something. She's never met him.
15    Q. And you said you're going on massive therapy
16 for this lawsuit?
17    A. I am, yes. I have a psychiatrist.
18    Q. What's your psychiatrist's name?
19    A. Wei Wang. Dr. Wei Wang, W-E-I, W-A-N-G. She
20 has me on -- it's taken months to get me on a
21 regimen and then when I was pregnant we had to
22 change it, but she has me on medication because any
23 time I would see the docket text, I would get, you
24 know, these massive anxiety attacks because from
25 day one I felt extorted. I didn't actually change

### 37

1 my name until I was 39 weeks pregnant, because
2 she's very vindictive and I feel she waited one
3 whole year to file on me and inquiring about me to
4 people and I said I'm gonna protect my husband and
5 not change my name, and then because she waited so
6 long to file, at 39 weeks pregnant, I thought I was
7 safe because I was like, it's been months and
8 months, I haven't heard anything, and I changed my
9 name when I was 39 weeks and -- maybe I was
10 38 weeks, but I was very close to giving birth. I
11 was very fat in my photo and I'll never forget, I
12 waited that long and then she filed, so someone
13 must have tipped her off that I changed my name,
14 but I waited that long to protect my husband
15 because I knew that she kept saying to all these
16 friends, you know, to Nicoletta and to Olivia, that
17 if you don't send me, your names are gonna be
18 listed in a document that's gonna be on the
19 internet and it's gonna be -- everyone on Google is
20 gonna see it, and because she and I were not on
21 speaking terms, she hit Olivia with an NDA, she
22 tried to hit Nicoletta with one but Nicoletta never
23 signed one, about her husband, I assume, and I just
24 believe I was extorted ever since. I genuinely
25 believe that. I believe that it was -- it was all