**Daniel Szalkiewicz**

DS

To: Lauren Ashley ›

Ms. Gensinger,

It is my understanding that you are no longer represented by an attorney. Can you please confirm you have not retained a new one? Additionally, my client is beginning the lawsuit this week. Would you agree to accept service or should we have a process server serve you with the documents?

Thank you very much in advance.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**

23 West 73rd Street, Suite 102

New York, New York 10023

Tel: (212) 706-1007

Direct Dial: (212) 760-1007