1  was checking my mail scared.  And then between that
2  and her threat I was -- it was a very hard time in
3  my life.
4      Q.  And as part of turning over documents in this
5  lawsuit, did you look through your messages between
6  you and him to see whether or not you had anything
7  relevant?
8      A.  Yes.  I looked through them.  The only things
9  that I really had were us talking about the child
10 stuff and then my sister was going through a
11 divorce at that time so we would talk about my
12 sister's divorce, but as far as beyond that, I
13 don't have any of that because at some point I
14 would delete, like I said, a lot of things, like
15 pictures, old pictures, old files, just things that
16 I didn't need to have in my phone.  The only reason
17 why I left the group chat was because it was always
18 ongoing and it was annoying to delete, because then
19 it -- you have to click each individual person to
20 get back to the --
21     Q.  Were you ever romantically involved with
22 Chris?
23     A.  I was never.
24     Q.  Ever have any sexual relations with him?
25     A.  Absolutely not.