102

1   like if they find that they're gonna judge me, and

2   starting over, I don't want to be judged, so I have

3   to always be like, you know, I have this crazy

4   lawsuit going on and I felt extorted and I felt

5   like, you know, I was targeted, like, why she

6   wasn't going after Keto for sending a photo of her

7   five year old taking her husband on drugs photo.

8   Like, why didn't she go after Olivia for telling

9   everyone she had a threesome with her husband.

10  Like, why me?  So I always have to constantly

11  justify.

12      Q.   This lawsuit is about the sharing of the

13  images of C.V.'s breasts with a third party,

14  correct?

15      A.   I believe so, yes.

16      Q.   And the individuals that you're accused of

17  disseminating them to are -- one is Keto.  So do

18  you have any recollection of sharing the images to

19  Keto?

20      A.   I do not recall sending any images to Keto.

21      Q.   Do you recall not sending images to him?  Are

22  you saying, like, I never did this or you just

23  don't remember?

24      A.   I can't say I never did this.  I don't

25  recall.