UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


NEWARK                                        DATE: 5/5/2025

JUDGE: **STACEY D. ADAMS**
REPORTER: ECR-TEAMS

DEPUTY CLERK: Jackeline Barco


Title of Case:  C.V. v. CARMINUCCI


Docket 24-cv-2096-JXN-SDA


Appearances:

Daniel Szalkiewicz for plaintiff.

Steve D. Byoun for defendant


Nature of proceedings:  Status conference placed on record.
Order to be file.


Time Commenced   3:09 pm
Time Adjourned   4:00 pm


cc: chambers                        S/Jackeline Barco
                               Jackeline Barco, Deputy Clerk