## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.V.,<br><br>               Plaintiff,<br><br>v.<br><br>LAUREN CARMINUCCI, *also known as LAUREN GENSINGER*,<br><br>               Defendants | Civil Action No. 2:24-cv-02096 (JXN) (SDA)<br><br>Hon. Stacey D. Adams<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a status conference before the undersigned on **May 5, 2025** and for good cause shown,

**IT IS, on this 5th day of May, 2025, hereby ORDERED** as follows:

1.  Defendant's Motion for Leave to file a counterclaim (ECF No. 39) is **DENIED** for the reasons stated on the record. The clerk is respectfully directed to terminate the motion at ECF No. 39.

2.  Plaintiff's deposition shall proceed on **May 19, 2025**.

3.  Defendant shall turn over her phone to Plaintiff's counsel to be forensically imaged by **May 16, 2025**. Counsel shall meet and confer concerning appropriate search parameters for the search of the phone.

4.  Other than Plaintiff's deposition and the forensic search of Plaintiff's phone, fact and expert discovery is closed.

5.  A settlement conference before Magistrate Judge Stacey Adams is scheduled on **June 26, 2025 at 10:00 a.m. IN PERSON** at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, NJ 07102. Trial

counsel and all parties must attend.  If a corporate or government entity is a party, then a person with full settlement authority must attend.  If an insurance carrier is involved, then an adjustor with full settlement authority must attend (in addition to the party). Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference.  Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five (5) business days in advance of the settlement conference.

_____*/s/ Stacey D. Adams*_____
Hon. Stacey D. Adams, U.S.M.J.