Roy R. Macaluso † ♦
A.J. Fusco, Jr. ♦ (1946-2022)

David T. Ercolano*
Amie E. DiCola ♦
Steven D. Byoun ♦
Brian B. Horan ♦
Yafresie Feliz °
Alexandra E. Macaluso ♦

♦ Member of NJ and NY Bar
† Member of NJ and DC Bar
* Member of NJ and PA Bar
° Member of NJ Bar



**FUSCO & MACALUSO**
——— ATTORNEYS AT LAW ———

P.O. Box 838 □ 150 Passaic Avenue
Passaic, New Jersey 07055

Office: (973) 779-1163
Fax: (973) 779-5437

E-Mail: Info@fmnj-law.com
Website: www.fuscoandmacaluso.com

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 559-1222
*Please direct all replies to Passaic Office*

New York Office
One World Trade Center
85th Floor
New York, NY 10007
(212)-220-8592
*Please direct all replies to Passaic Office*

***Please direct all replies to Passaic Office***

June 23, 2025

**VIA E-COURTS**
**Honorable Stacey D. Adams, Magistrate Judge**
**Mitchell H. Cohen Bldg.**
**U.S. Courthouse-4th & Cooper Streets**
**Camden, New Jersey 08101**

Re:   C.V, et. al. v. Lauren Carminucci, et. al.
      Case Action No.: 2:24-cv-02096-JXN-ESX

Dear Honorable Adams:

Kindly be advised that we represent Lauren Carmenucci in this matter. This morning, I was called out to Trial on the matter of Danielle Doud v. Kimberly Green, docket Number ESX-587-20, in Essex County before Judge Russell Russomano, and the Trial is expected to last until next Monday.

Regretfully, we respectfully request an adjournment of the Settlement Conference in person scheduled for this Thursday, June 26, at 11:00am before Your Honor. I have contacted my adversary who has yet to reply.

Thank you for anticipated courtesies in the matter.

FUSCO & MACALUSO PC

STEVE D. BYOUN, ESQ.
Attorneys for Plaintiff

SDB/gdp