# VERIDIAN LEGAL

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

July 25, 2025

**<u>Via CEF</u>**
Honorable Stacey D. Adams, Magistrate Judge
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

 **Re:** ***C.V. v. Lauren Carminucci***
   ***United States District Court, District of New Jersey***
   ***Case No.: 2:24-cv-2096***

Dear Honorable Adams,

 Our office represents Plaintiff in the above-captioned matter. Unfortunately, after informing our client that the settlement conference had been adjourned and rescheduled to August 18, 2025, she alerted us that she was scheduled to be out of the country on that date.

 Our office has spoken with Defendant's attorney, who did not oppose our request. Accordingly, we respectfully request that the conference be rescheduled to September 4, 5, 9, 11, or 12.

        Respectfully submitted,

        *Daniel S. Szalkiewicz, Esq.*

        By: Daniel S. Szalkiewicz, Esq.
        ***daniel@lawdss.com***

Veridian Legal P.C.