**VERIDIAN LEGAL**

23 West 73rd Street  Suite 102  New York, NY 10023

T: (212) 706-1007  F: (646) 849-0033  veridianlegal.com

February 25, 2026

<u>Via ECF</u>
Honorable Judge Julien Xavier Neals
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: ***C.V. v. Lauren Carminucci***
***United States District Court, District of New Jersey***
***Case No.: 2:24-cv-2096***

Dear Judge Neals,

We represent the plaintiff, C.V., in the above referenced action. I am writing to inform the court that the parties have agreed to a settlement in principle. We are currently awaiting an executed agreement by both sides, but we wanted to alert the court immediately. We expect the documents to be agreed upon and executed forthwith.

Thank you very much for your attention to this matter.

Respectfully submitted,

*Daniel S. Szalkiewicz, Esq.*

By: Daniel S. Szalkiewicz, Esq.
**daniel@veridianlegal.com**

Veridian Legal P.C.