# VERIDIAN
# LEGAL

23 West 73rd Street          T: (212) 706-1007
Suite 102                    F: (646) 849-0033
New York, NY 10023           veridianlegal.com

April 27, 2026

**Via ECF**
Honorable Judge Julien Xavier Neals
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

*Re:*    ***C.V. v. Lauren Carminucci***
         ***United States District Court, District of New Jersey***
         ***Case No.: 2:24-cv-2096***

Dear Judge Neals,

We represent the plaintiff, C.V., in the above referenced action. I am writing for a 30-day extension to submit a discontinuance of the action. I am currently in the process of finalizing the draft settlement agreement and would appreciate additional time.

Thank you very much for your attention to this matter.

Respectfully submitted,

*Daniel S. Szalkiewicz, Esq.*

By: Daniel S. Szalkiewicz, Esq.
***daniel@veridianlegal.com***

Veridian Legal P.C.