**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| C.V. | **MOTION TO SET ASIDE ORDER** |
| Plaintiff, | |
| v. | Case Action No. 24-cv-2096 |
| LAUREN CARMINUCCI a/k/a LAUREN GENSINGER, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel,

Veridian Legal P.C. will move the Court for an Order setting aside the June 1, 2026 Order.

Dated:  New York, New York
June 1, 2026

Veridian Legal P.C.
By:  */s/ Daniel S. Szalkiewicz*
Daniel S. Szalkiewicz, Esq.
*Attorneys for Plaintiff*
23 West 73rd Street, Suite 102
New York, NY 10023
Tel: (212) 706-1007
daniel@veridianlegal.com