**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.V.<br><br>Plaintiff,<br><br>v.<br><br>LAUREN CARMINUCCI a/k/a LAUREN GENSINGER<br><br>Defendant. | Case No. 2:24-cv-2096<br><br>DECLARATION OF DANIEL SZALKIEWICZ IN SUPPORT OF C.V.'s MOTION TO VACATE ORDER OF DISMISSAL |

I, Daniel Szalkiewicz, declare under penalty of perjury as follows:

**INTRODUCTION**

1.      I am an attorney with Veridian Legal P.C., counsel for C.V. in the above-captioned matter. I submit this Declaration in support of C.V.'s Motion to Vacate the Order of Dismissal entered on June 1, 2026 (ECF No. 57).

2.      I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

3.      I am fully familiar with the facts and proceedings in this matter based upon my review of the pleadings, my communications with my client and opposing counsel, and my investigation of the facts.

**PROCEDURAL HISTORY**

4.      This action was commenced on March 8, 2024 by the filing of a Complaint (ECF No. 1).

5.      On February 26, 2026, Judge Julien Xavier Neals uploaded a 60 Day Order Administratively Terminating Action (ECF No 54).

1

6.      On April 27, 2026, our office requested a 30-day extension to submit a discontinuance, pending finalization of a settlement agreement (ECF No. 55).

7.      Plaintiff's relief was granted on April 29, 2026 (ECF. No. 56).  The motion was marked returnable on June 1, 2026.

8.      At 9:49 a.m. on Monday June 1, 2026, Judge Julien Xavier Neals dismissed this action with prejudice and without costs (ECF No. 57).

## CIRCUMSTANCES OF THE DELAY

9.      Plaintiff's counsel respectfully requests that Your Honor provide Plaintiff with additional time to negotiate and finalize the anticipated settlement.

10.     Unfortunately, over the course of the past several months my partner, Cali Madia, has been out of the office more often than usual due to the illness of an immediate family member and concomitant months-long treatment paired with multiple surgeries.

11.     In February of this year, I also joined the 18(b) panel in New York County Family Court, resulting in a sudden and drastic change in the workflow of our firm.

12.     Veridian Legal, P.C. is a two-person law firm.  When one person is absent, that absence is felt deeply.  Thankfully, with regard to Ms. Madia's family matter, it would appear that this issue will soon be behind her and her family and, more relevant here, our office.  Having now spent several months on the 18(b) panel, we now have a better system in place to manage the additional clients and work.

13.     At no point did C.V. or its counsel make a strategic decision to allow the deadline to pass.  The failure to file the necessary papers within the sixty-day period was the result of inadvertence stemming from personal matters, not deliberate inaction.

14.     Our office began drafting this motion immediately after we received a notification of Judge Julien Xavier Neals' June 1, 2026 dismissal.

## CURRENT STATUS OF SETTLEMENT

15.     The parties in this action have an agreement in principle, the details of which are confidential, but which Plaintiff's counsel may share in camera.

16.     There is no reason to believe that the parties would not be able to enter into an agreement soon after this matter is restored.

## TIMELINESS

17.     This motion is filed three days after entry of the Order of Dismissal, well within the one-year limitation period prescribed by Federal Rule of Civil Procedure 60(c)(1).

## CONCLUSION

18.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   June 4, 2026
        New York, New York

_____/s/ Daniel Szalkiewicz_____
Daniel Szalkiewicz
Veridian Legal P.C.
23 W. 73rd Street, 102
New York, New York 10023
daniel@veridianlegal.com

3