## Notice of Electronic Filing

The following transaction was entered on 2/4/2026 at 4:01 PM EST and filed on 2/4/2026
▯

**Case Name:**      C.V. v. CARMINUCCI
**Case Number:**    2:24-cv-02096-JXN-SDA
**Filer:**
**Document Number:** 51(No document attached)

**Docket Text:**
**TEXT ORDER - This matter comes before the Court upon the pre-motion letter filed by Defendant on January 15, 2026. (ECF No. [50].) Plaintiff has failed to address Defendant's letter within seven (7) days as required by Rule IV. A. of this Court's Individual Rules and Procedures, available at Judicial Preferences and Procedures. It is hereby ORDERED that Plaintiff shall show cause, by written submission filed on the docket no later than three (3) business days from the date hereof, why Plaintiff failed to comply AND provide Plaintiff's required response to Defendant's pre-motion submission. "[L]ocal rules play 'a vital role in the district courts' efforts to manage themselves and their dockets.'" Smith v. Oelenschlager, 845 F.2d 1182, 1184 (3d Cir. 1988) (quoting Eash v. Riggins Trucking, Inc., 757 F.2d 557, 570 (3d Cir. 1985)); Knoll v. City of Allentown, 707 F.3d 406, 411 (3d Cir. 2013). Further non-compliance may result in appropriate sanctions. So Ordered by Judge Julien Xavier Neals on 2/4/2026. (kd)**

**2:24-cv-02096-JXN-SDA Notice has been electronically mailed to:**

DANIEL SZALKIEWICZ      daniel@veridianlegal.com, cali@lawdss.com, lawdss@recap.email

DAVID T. ERCOLANO      dercolano@birkholdmaider.com, aszurgyjlo@fmnj-law.com, dercolano85@yahoo.com

STEVE D. BYOUN      sbyoun@fmnj-law.com, abaez@fmnj-law.com, sbyoun@gmail.com, ythomas@fmnj-law.com

**2:24-cv-02096-JXN-SDA Notice has been sent by regular U.S. Mail:**