Outlook

## Re: Carminucci/Valiotis

**From** Steve Byoun <sByoun@fmnj-law.com>
**Date** Wed 2/25/2026 2:09 PM
**To**    Daniel Szalkiewicz <daniel@veridianlegal.com>

ok, sounds good- I'll tell my client we are good and we can advise court- and if you could draft up docs/NDA for my client to review, i'll take it to her.

glad we can get this one done

Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com

**From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Sent:** Wednesday, February 25, 2026 2:07 PM
**To:** Steve Byoun <sByoun@fmnj-law.com>
**Subject:** Re: Carminucci/Valiotis

Steve,

I spoke with my client and we have a deal under the following terms: 5k up front, 5k a year thereafter for 3 years, an amount to be determined between us as a liquidated damage in case of default, and then confidentiality/NDA clauses.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

 Outlook

## Re: C.V. v. CARMINUCCI

**From** Steve Byoun <sByoun@fmnj-law.com>
**Date** Mon 2/9/2026 10:35 AM
**To**  Daniel Szalkiewicz <daniel@veridianlegal.com>

Hey Daniel-
As stated $20k is good in total with my client.
She can do $5/5/5/5 payment each year, with the first payment upon agreement.
15 day grace period... ability to make the entire amount due if breach, etc.

I think reasonable- let me know if your client agrees...
lets get this done. thanks

Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com

**From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Sent:** Thursday, February 5, 2026 3:24 PM
**To:** Steve Byoun <sByoun@fmnj-law.com>
**Subject:** Re: C.V. v. CARMINUCCI

Steve,

Before I write back to the court, do we have an agreement in principle?

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Mon, Feb 2, 2026 at 2:11 PM Steve Byoun <sByoun@fmnj-law.com> wrote:
  I think we should be able to do that.  Will get back to you next week when I get back.
  Sent from my iPhone


> On Feb 2, 2026, at 12:16 PM, Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:
>
>
> Split the difference at $20,000 and call it a day?
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.
>
> **Veridian Legal P.C.**
> 23 West 73rd Street, Suite 102
> New York, New York 10023
> Tel:  (212) 706-1007
> Direct Dial: (212) 760-1007
> Cell: (929) 373-2735
> Fax: (646) 849-0033
>
>
> On Thu, Jan 29, 2026 at 8:22 AM Steve Byoun <sByoun@fmnj-law.com> wrote:
>   Daniel
>   I can go up to $17,500.
>   Sent from my iPhone
>
>
>> On Jan 28, 2026, at 11:09 AM, Steve Byoun <sbyoun@fmnj-law.com> wrote:
>>
>>
>> we're dripping and dropping it seems... ok....
>> I'll let me client know and see what develops...
>>
>>
>> Regards,
>> Steve Byoun, Esq.
>> Fusco and Macaluso P.C.
>> 150 Passaic Avenue
>> Passaic, New Jersey 07055
>> Tel: 973-779-1163
>> Fax: 973-779-5437
>> website: fuscoandmacaluso.com

**From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Sent:** Wednesday, January 28, 2026 11:07 AM
**To:** Steve Byoun <sByoun@fmnj-law.com>
**Subject:** Re: C.V. v. CARMINUCCI

She authorized me to go down to 22,500.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033


On Wed, Jan 28, 2026 at 11:06 AM Steve Byoun <sByoun@fmnj-law.com> wrote:

Hi Daniel-
Just following up on our favorite case ...

Any news ?

Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com

---

**From:** Steve Byoun <sByoun@fmnj-law.com>
**Sent:** Wednesday, January 21, 2026 4:00 PM
**To:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Subject:** Re: C.V. v. CARMINUCCI

Daniel-
My client has authorized me to come up to $15,000.  No guarantee however I
have any further movement.
Please let me know if we can get this resolved.


Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.

150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com

**From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Sent:** Tuesday, January 20, 2026 4:56 PM
**To:** Steve Byoun <sByoun@fmnj-law.com>
**Cc:** Gladys Polanco <gpolanco@fmnj-law.com>
**Subject:** Re: C.V. v. CARMINUCCI

Steve,

With the understanding there is some movement, my client permitted me to lower the demand to $25,000.  Please let me know where we stand.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Tue, Dec 9, 2025 at 9:40 AM Steve Byoun <sByoun@fmnj-law.com> wrote:
  ok, how about 2 pm

  Regards,
  Steve Byoun, Esq.
  Fusco and Macaluso P.C.
  150 Passaic Avenue
  Passaic, New Jersey 07055
  Tel: 973-779-1163
  Fax: 973-779-5437
  website: fuscoandmacaluso.com

  **From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
  **Sent:** Tuesday, December 9, 2025 9:30 AM
  **To:** Steve Byoun <sByoun@fmnj-law.com>

Outlook

## Re: Carminucci/Valiotis

From Steve Byoun <sByoun@fmnj-law.com>
Date Wed 2/25/2026 2:18 PM
To     Daniel Szalkiewicz <daniel@veridianlegal.com>

just thinking aloud- my client may want some sort of "non disclosure/non disparagement" clause as well- i.e. your client not talking "shit" about her as well-
dont want that to be a deal breaker, but you think your client would sign something to that effect as well?

throwing it out there, if it becomes an issue, because my client had brought that up previously with me from my memory...

Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com

From: Daniel Szalkiewicz <daniel@veridianlegal.com>
Sent: Wednesday, February 25, 2026 2:07 PM
To: Steve Byoun <sByoun@fmnj-law.com>
Subject: Re: Carminucci/Valiotis

Steve,

I spoke with my client and we have a deal under the following terms: 5k up front, 5k a year thereafter for 3 years, an amount to be determined between us as a liquidated damage in case of default, and then confidentiality/NDA clauses.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735

Fax: (646) 849-0033

On Mon, Feb 16, 2026 at 10:45 AM Steve Byoun <sByoun@fmnj-law.com> wrote:
Good morning Daniel-
Just following up to see if we have a done deal yet.

Thanks, let me know.

Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com