Outlook

## Re: Carminucci/Valiotis

**From** Steve Byoun <sByoun@fmnj-law.com>

**Date** Mon 3/16/2026 12:23 PM

**To**    Daniel Szalkiewicz <daniel@veridianlegal.com>

**Cc**    Gladys Polanco <gpolanco@fmnj-law.com>; Amaryllis Baez <abaez@fmnj-law.com>

Good morning Daniel
Just following up on closing papers.
Thank you.

Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com

---

**From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Sent:** Wednesday, February 25, 2026 2:07 PM
**To:** Steve Byoun <sByoun@fmnj-law.com>
**Subject:** Re: Carminucci/Valiotis

Steve,

I spoke with my client and we have a deal under the following terms: 5k up front, 5k a year thereafter for 3 years, an amount to be determined between us as a liquidated damage in case of default, and then confidentiality/NDA clauses.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

### Veridian Legal P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Mon, Feb 16, 2026 at 10:45 AM Steve Byoun <sbyoun@fmnj-law.com> wrote:

Good morning Daniel-
Just following up to see if we have a done deal yet.

Thanks, let me know.

Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com

 Outlook

## C.V. v. Carminucci-

**From** Steve Byoun <sByoun@fmnj-law.com>

**Date** Mon 4/13/2026 10:59 AM

**To** Daniel Szalkiewicz <daniel@veridianlegal.com>

**Cc** Gladys Polanco <gpolanco@fmnj-law.com>

Good morning Dan-
Just following up on the NDA from your client, and closing papers.


Regards,
Steve Byoun, Esq.
Fusco and Macaluso P.C.
150 Passaic Avenue
Passaic, New Jersey 07055
Tel: 973-779-1163
Fax: 973-779-5437
website: fuscoandmacaluso.com